# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICHOLAS PAVLAK ADVOCATES FOR DISABLED AMERICANS<br><br>Plaintiffs,<br><br>vs.<br><br>REALTY INCOME PROPERTIES 29 LLC.<br><br>Defendant(s). | Civil Action : 1:17-cv-06428 (RMB)(KMW)<br><br>**REQUEST TO ENTER A DISMISSAL WITHOUT PREJUDIDE ON BEHALF OF PLAINTIFF ADVOCATES FOR DISABLED AMERICANS.** |

Plaintiff Advocates For Disabled Americans respectfully request that the matte be dismissed without prejudice. Please note that the Defendant has not filed an answer. Plaintiff Nicholas Pavlak action remains.

DATED: October 5, 2017.          s/Anthony J. Brady Jr.

ANTHONY J. BRADY, JR., ESQ.
1 Rose Ave. PO Box 129
Maple Shade NJ
Tel.: 561-603-6387
#0100366 New Jersey Bar Number.
Attorney for Plaintiffs